No. 133. SINKLER v. MISSOURI PACIFIC RAILROAD CO. Court of Civil Appeals of Texas, Ninth Supreme Judicial District. Certiorari granted. *Robert H. Kelley* and *J. Edwin Smith* for petitioner. *Walter F. Woodul* for respondent.

No. 143. KLIG v. BROWNELL, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 234. NATIONAL LABOR RELATIONS BOARD v. DUVAL JEWELRY CO. OF MIAMI, INC., ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard, Dominick L. Manoli* and *Norton J. Come* for petitioner.

No. 275. MANZANILLO v. UNITED STATES. Court of Claims. Certiorari granted. *John Ward Cutler* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Leonard, Melvin Richter* and *William W. Ross* for the United States.

No. 287. DESSALERNOS v. SAVORETTI, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari granted. *David W. Walters* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.